
**TEMPLE** UNIVERSITY·
Student Affairs

**Office of Student Conduct and**
**Community Standards**             Phone (215 ) 204-3286
1755 North 13ᵗʰ Street              Fax (215) 204-3318
Student Center 318                  Email  SCCS@temple.edu
Philadelphia, PA 19122

Name: Sasha Westrick
TUID: 916080972
E-Mail: tup10414@temple.edu

October 20, 2021

Re: No-Contact Order

Dear Sasha,

Please be advised that, effective immediately, neither you nor Madelyn Fox may have any contact with each other, either on or off campus, in person or through another party, by telephone, letter, e-mail, or other electronic media, or by any other means. You may not engage in indirect communication via social media or any other means. You must also refrain from any form of harassment, retaliation, or intimidating behavior.

Furthermore, you must make a concerted effort to avoid any close proximity to Madelyn Fox as follows:
- In areas where neither of you is required to be present, if one of you arrives first, the other must leave.
- In areas where you are both required to be present, you must each avoid sitting near the other.
- In areas where their presence is required and yours is not, you may not be present.
- In areas where your presence is required and their presence is not, they may not be present.

Madelyn Fox has received a copy of this letter and is therefore advised of the restrictions. If you have any questions, let me know right away.

This No-Contact Order will remain in effect until the completion of the university conduct process, should one occur, inclusive of any potential appeal, unless I inform you that my office has modified or revoked it.

This Order is intended to forestall interactions that could be perceived by either party as retaliatory, intimidating, or harassing. It is very important that you understand and abide by the above stated conditions, since a violation of this Order may result in disciplinary consequences including suspension or expulsion.

If you have any questions now or in the future regarding the No-Contact Order or its continuation, please do not hesitate to contact the Office of Student Conduct and Community Standards at 215-204-3286.

Sincerely,

*Megan Patrick*

Megan Patrick, Ed.D.
Assistant Dean of Students