# MARRONE
## LAW FIRM, LLC

Joseph M. Marrone, Esquire | Christopher M. Marrone, Esquire | Brian M. Marchese, Esquire
Admitted in PA, NJ & NY | Admitted in PA & NJ (Of Counsel) | Admitted in PA & NJ

August 8, 2022

**<u>Via ECF</u>**
Honorable Chad F. Kenney
United States District Court for the
  Eastern District of Pennsylvania
11613 U.S. Courthouse
601 Market Street
Philadelphia, PA  19106

      Re:    Westrick v. Temple University, et al.
               Docket No.:  22-cv-01606

Dear Judge Kenney:

I am writing to confirm that the parties have reached a settlement agreement in this case that will resolve all claims against all parties. Currently, the Plaintiff is awaiting a Release which is being drafted by the Temple Defendants. After that document is received, reviewed, and executed, the Plaintiff will file her Notice of Dismissal, pursuant to Rule 41(a)(1)(A)(ii).

Respectfully submitted,

*Michael Pomerantz*
Michael D. Pomerantz

cc:    James Keller, Esquire